### *Beadle* v. *Hopkins.*

IN covenant, under a plea of performance, the defendant gave notice of special matter, and the judge at the trial permitted equitable evidence to be given upon which a verdict was taken for the defendant,

The application was to set it aside and grant a new trial.

*Per Curiam.* The motion must be granted with costs, to abide the event of the suit. Under the plea in this cause, the notice was inadmissible, and the evidence, therefore, improperly received. The statute requires the general issue to be pleaded, where special matter is relied on in evidence, under the notice our law permits.